# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROMAN STEARNS, et al.,<br><br>　　　　　Defendants. | NO. CV 05-06242 SJO (MANx)<br><br>**JUDGMENT** |

　　This action came before the Court on the parties' cross-motions for summary judgment. After full consideration of all admissible evidence and documents submitted, the Court finds that there is no triable issue of material fact in these cases with regard to Plaintiffs' claims against Defendants.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendants on all claims.

　　IT IS SO ADJUDGED.

Dated this 8th day of August, 2008.　　　　　　　　/S/ S. James Otero

　　　　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE