FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 11 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; CALVARY CHAPEL CHRISTIAN SCHOOL, a Division of Calvary Chapel of Murrieta, Inc.; A. T., by and through parent G. Tally (substituted for M.T., by and through parent T. Taylor, by Order entered Nov. 14, 2006); J. G., by and through parent A. Guzon, and T.C., by and through parent J. Cherney (substituted for C. Young, by Order entered Nov. 14, 2006); K. B., by and through his parent D. Brodmann; G. S., by and through his parent K. Shean; S. O., by and through her parent D. Ono; W. L., by and through his parent W. Lotherington,<br><br>             Plaintiffs - Appellants,<br><br>   v.<br><br>ROMAN STEARNS, in his official capacity as Special Assistant to the President; SUSAN WILBUR, in her official capacity as Director of Undergraduate Admissions; JUDY SAKAKI, in her official capacity as Associate Vice President for Student Academic Services (substituted for Dennis Galligani); ROBERT C. DYNES, in his official capacity as President of the University of California; MARK RASHID, in his official capacity as Chair | No. 08-56320<br><br>D.C. No. 2:05-cv-06242-SJO-MAN<br>Central District of California,<br>Los Angeles<br><br>ORDER<br><br>

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 1 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY |

| |
|---|
| of Board of Admissions & Relations with Schools (BOARS) (substituted for Michael Brown,<br><br>    Defendants - Appellees. |

Before: HALL, THOMPSON and SILVERMAN, Circuit Judges.

All amici curiae briefs submitted in this case which remain unfiled are ORDERED FILED.