**FILED**

MAR 01 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; CALVARY CHAPEL CHRISTIAN SCHOOL, a Division of Calvary Chapel of Murrieta, Inc.; A. T., by and through parent G. Tally (substituted for M.T., by and through parent T. Taylor, by Order entered Nov. 14, 2006); J. G., by and through parent A. Guzon, and T.C., by and through parent J. Cherney (substituted for C. Young, by Order entered Nov. 14, 2006); K. B., by and through his parent D. Brodmann; G. S., by and through his parent K. Shean; S. O., by and through her parent D. Ono; W. L., by and through his parent W. Lotherington,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>ROMAN STEARNS, in his official capacity as Special Assistant to the President; SUSAN WILBUR, in her official capacity as Director of Undergraduate Admissions; JUDY SAKAKI, in her official capacity as Associate Vice President for Student Academic Services (substituted for Dennis Galligani); ROBERT C. DYNES, in his official capacity as President of the University of California; MARK RASHID, in his official capacity as Chair | No. 08-56320<br><br>D.C. No. 2:05-cv-06242-SJO-MAN<br>Central District of California, Los Angeles<br><br>ORDER<br><br><br>RECEIVED<br>CLERK, U.S. DISTRICT COURT<br>MAR - 1 2010<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

| |
|---|
| of Board of Admissions & Relations with Schools (BOARS) (substituted for Michael Brown, <br><br> Defendants - Appellees. |

Before: HALL, THOMPSON and SILVERMAN, Circuit Judges.

Judge Silverman has voted to deny the appellants' petition for rehearing by the court en banc, and Judges Hall and Thompson have recommended denial of that petition.

The full court has been advised of the petition for court rehearing en banc, and no judge of the court has requested en banc rehearing. See Fed. R. App. P. 35(b).

The petition for rehearing by the court en banc is DENIED.