**FILED**

# UNITED STATES COURT OF APPEALS

MAR 17 2010

## FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; CALVARY CHAPEL CHRISTIAN SCHOOL, a Division of Calvary Chapel of Murrieta, Inc.; A. T., by and through parent G. Tally (substituted for M.T., by and through parent T. Taylor, by Order entered Nov. 14, 2006); J. G., by and through parent A. Guzon, and T.C., by and through parent J. Cherney (substituted for C. Young, by Order entered Nov. 14, 2006); K. B., by and through his parent D. Brodmann; G. S., by and through his parent K. Shean; S. O., by and through her parent D. Ono; W. L., by and through his parent W. Lotherington, | No. 08-56320<br><br>D.C. No. 2:05-cv-06242-SJO-MAN<br>Central District of California, Los Angeles<br><br><br>ORDER |

Plaintiffs - Appellants,

v.

ROMAN STEARNS, in his official capacity as Special Assistant to the President; SUSAN WILBUR, in her official capacity as Director of Undergraduate Admissions; JUDY SAKAKI, in her official capacity as Associate Vice President for Student Academic Services (substituted for Dennis Galligani); ROBERT C. DYNES, in his official capacity as President of the University of California; MARK RASHID, in his official capacity as Chair



RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

of Board of Admissions & Relations with
Schools (BOARS) (substituted for Michael
Brown,

  Defendants - Appellees.

Before: HALL, THOMPSON and SILVERMAN, Circuit Judges.

The letter dated March 11, 2010, from the law firm of Munger, Tolles &

Olson LLP on behalf of the University of California, requesting publication as an

opinion of the memorandum disposition filed January 12, 2010, is DENIED.